IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Chavers Jr, Clarence | Case Number: 08 B 05150 |
|---|---|---|
| | Chavers, Marilyn | Judge: Squires, John H |
| | Printed: 10/14/08 | Filed: 3/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 3, 2008
Confirmed: May 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,635.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,528.72 |
| Trustee Fee: | | 106.28 |
| Other Funds: | | 0.00 |
| Totals: | 1,635.00 | 1,635.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,474.00 | 1,528.72 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Loan Servicing Group | Secured | 0.00 | 0.00 |
| 4. | Loan Servicing Group | Secured | 987.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 22,975.40 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 44.28 | 0.00 |
| 7. | Midwest Physician Group | Unsecured | 53.10 | 0.00 |
| 8. | Chase Automotive Finance | Unsecured | 193.94 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 32.60 | 0.00 |
| 10. | GMAC Auto Financing | Unsecured | 649.50 | 0.00 |
| 11. | US Bank | Unsecured | 101.69 | 0.00 |
| 12. | CBCS | Unsecured | | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 14. | Collection | Unsecured | | No Claim Filed |
| 15. | American Investment Bank | Unsecured | | No Claim Filed |
| 16. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 21. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 22. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 23. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 24. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 25. | Mutual Hospital Services | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Chavers Jr, Clarence | Case Number: 08 B 05150 |
|---|---|---|
| | Chavers, Marilyn | Judge: Squires, John H |
| | Printed: 10/14/08 | Filed: 3/4/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 27. | Professional Collection | Unsecured | | No Claim Filed |
| 28. | Seventh Avenue | Unsecured | | No Claim Filed |
| 29. | Nicor Gas | Unsecured | | No Claim Filed |
| 30. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| | | | $ 27,511.51 | $ 1,528.72 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 106.28 |
| | $ 106.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____